# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| MIRROR IMAGING LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| | § | Case No. 2:17-cv-00507-JRG-RSP |
| BOKF NA, | § | LEAD CASE |
| INDEPENDENT BANK GROUP, INC. and | § | Case No. 2:17-cv-00540-JRG-RSP |
| INDEPENDENT BANK, | § | |
| LEGACYTEXAS GROUP, INC. and | § | |
| LEGACYTEXAS BANK, | § | Case No. 2:17-cv-00541-JRG-RSP |
| SOUTHSIDE BANK, | § | Case No. 2:17-cv-00543-JRG-RSP |
| GREEN BANCORP, INC. and GREEN | § | |
| BANK, NATIONAL ASSOCIATION, | § | Case No. 2:17-cv-00563-JRG-RSP |
| | § | |
| INWOOD BANCHSARES, INC. and | § | Case No. 2:17-cv-00564-JRG-RSP |
| INWOOD BANK, | § | |
| | § | |
| TEXAS BANK AND TRUST COMPANY, | § | Case No. 2:17-cv-00568-JRG-RSP |
| | § | |
| IBERIABANK CORPORATION, | § | Case No. 2:17-cv-00581-JRG-RSP |
| | § | |
| CITY BANK, | § | Case No. 2:17-cv-00596-JRG-RSP |
| | § | |
| AMERICAN NATIONAL BANK OF | § | Case No. 2:17-cv-00508-JRG-RSP |
| TEXAS, | § | |
| | § | |
| NORTH DALLAS BANK & TRUST CO., | § | Case No. 2:17-cv-00508-JRG-RSP |
| THIRD COAST BANCHSARES, INC. and | § | |
| THIRD COAST BANK, SSB, | § | Case No. 2:17-cv-00508-JRG-RSP |
| | § | |
| | § | |
| *Defendants.* | § | |

## <u>ORDER</u>

Before the Court is the Joint Motion to Dismiss (the "Motion to Dismiss"), filed by Plaintiff

Mirror Imaging LLC ("Mirror Imaging") and Defendants Independent Bank Group, Inc.;

Independent Bank; LegacyTexas Group, Inc.; LegacyTexas Bank.; Southside Bank; Green Bancorp, Inc; Green Bank, National Association; Inwood Bancshares, Inc.; Inwood Bank; Texas Bank and Trust Company; IBERIABANK Corporation; City Bank; American National Bank of Texas; North Dallas Bank & Trust Co.; Third Coast Bancshares, Inc. and Third Coast Bank, SSB (collectively the "Defendants"). Dkt. No. 106. In the Motion to Dismiss, the parties represent that they have resolved all claims and counterclaims asserted by and between each other in the above-captioned cases. Accordingly, the parties request that the Court dismiss Mirror Imaging's claims against Defendants with prejudice and dismiss Defendants' counterclaims against Mirror Imaging without prejudice.

After consideration, the Court **GRANTS** the Motion to Dismiss. It is therefore **ORDERED** that Mirror Imaging's claims against Defendants are **DISMISSED WITH PREJUDICE** and the counterclaims asserted by Defendants against Mirror Imaging are **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that all expenses, costs, and attorneys' fees shall be borne by the party that incurred them.

All relief not expressly granted in this Order is **DENIED**.

**So ORDERED and SIGNED this 23rd day of September, 2020.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE